UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYLON DRAKE BILLIPS** | **CIVIL ACTION** |
| **VERSUS** | **NO:    21-02299** |
| **JEFFERSON PARISH CORRECTIONAL CENTER, JEFFERSON PARISH POLICE DEPARTMENT, ET AL.** | **SECTION: "H" (4)** |

# ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff Waylon Drake Billips' claims against Defendants, Jefferson Parish Correctional center, Jefferson Parish Police Department, 24th Judicial District Court for Jefferson parish, Judicial System, Deputy Keidrick Richardson, Deputy Geoffrey Walker, Deputy Jarren Abron, ADA Kelly Rish, Attorney Joseph Perez, Judge Danyelle Taylor, Major Edward Olson, and Captain Bryan Bordelon be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief may be granted pursuant to Title 42 U.S.C. § 1983.

New Orleans, Louisiana, this 16th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE