UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYLON DRAKE BILLIPS | CIVIL ACTION |
| VERSUS | NO: 21-02299 |
| JEFFERSON PARISH CORRECTIONAL CENTER, JEFFERSON PARISH POLICE DEPARTMENT, ET AL. | SECTION: "H" (4) |

## JUDGEMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly.

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, Deputy Jonathan Charles, dismissing with prejudice, Reynold's 42 U.S.C. §1983 claims as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 42 U.S.C. §1983.

New Orleans, Louisiana, this 16th day of March 2023.

_____
UNITED STATES DISTRICT JUDGE

2